NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO O. ROBINSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2012-7045

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 08-1854, Judge John J. Farley III.

---

**JUDGMENT**

---

BRUCE W. EBERT, Attorney at Law, of Roseville, California, argued for claimant-appellant.

MARTIN F. HOCKEY, JR., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director. Of counsel on the brief were MICHAEL J. TIMINSKI,

Deputy Assistant General Counsel, and JOSHUA P. MAYER, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 15, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk |